**92–1215.** Williams v. LTV Steel Co. *Stark County*, No. CA–8685.
WRIGHT, J., dissents.
H. BROWN, J., not participating.

**92–1217.** Buscemi v. Rhodes. *Cuyahoga County*, No. 62420.
HOLMES, J., dissents.

**92–1218.** F. & J. Welding, Inc. v. Emery. *Tuscarawas County*, No. 91AP060025.

**92–1234.** Huebner v. Scott. *Madison County*, No. CA92–03–005.

**92–1247.** WEM, Ohio Business Trust No. 31 v. Ohio Bur. of Emp. Serv. *Franklin County*, No. 91AP–870.
HOLMES and WRIGHT, JJ., dissent.

**92–1252.** State v. Lane. *Hamilton County*, No. C–900837.

**92–1256.** McKinney v. Aultman Hosp. *Stark County*, No. CA–8603.
HOLMES and WRIGHT, JJ., dissent.

**92–1258.** Gadfield v. Ferris Chevrolet. *Tuscarawas County*, No. 91AP060029.
DOUGLAS, J., dissents.

**92–1260.** Brown v. Solon Restaurant Repair. *Cuyahoga County*, No. 60179.

**92–1265.** Justice v. Lutheran Social Serv. of Central Ohio. *Franklin County*, Nos. 91AP–1198 and 91AP–1215.

**92–1267.** Botker v. West Geauga Local School Dist. Bd. of Edn. *Geauga County*, No. 91–G–1641.
MOYER, C.J., DOUGLAS and RESNICK, JJ., dissent.

**92–1268.** Rickel v. Cloverleaf Local School Dist. Bd. of Edn. *Medina County*, No. 2045.
MOYER, C.J., DOUGLAS and RESNICK, JJ., dissent.

**92–1271.** State v. Yuhanick. *Wayne County*, No. 2668.

**92–1301.** State v. Watson. *Butler County*, No. CA91–09–155.
RESNICK, J., dissents.

**92–1352.** Humbert v. Cincinnati. *Hamilton County*, No. C–910467.

**92–1360.** Hurst v. Starr. *Franklin County*, No. 91AP–1149.
MOYER, C.J., HOLMES and H. BROWN, JJ., dissent.

**92–1370.** State v. Uhler. *Wayne County*, No. 2683.
DOUGLAS and RESNICK, JJ., dissent.

# REHEARING DOCKET

**90–177.** State v. Hill. *Trumbull County*, Nos. 3720 and 3745. Reported at 64 Ohio St.3d 313, 595 N.E.2d 884. On motion for rehearing. Rehearing denied.

**90–338.** State v. Richey. *Putnam County*, No. 12–87–2. Reported at 64 Ohio St.3d 353, 595 N.E.2d 915. On motion for rehearing. Rehearing denied.
WRIGHT and H. BROWN, JJ., dissent.

**90–1342.** State v. Lawson. *Clermont County*, No. CA88–05–044. Reported at 64 Ohio St.3d 336, 595 N.E.2d 902. On motion for rehearing. Rehearing denied.

**90–1613.** State v. Gillard. *Stark County*, No. CA–6701. Reported at 64 Ohio St.3d 304, 595 N.E.2d 878. On motion for rehearing. Rehearing denied.
WRIGHT, J., dissents.

**91–1052.** State v. Witwer. *Licking County*, No. CA–3587. Reported at 64 Ohio St.3d 421, 596 N.E.2d 451. On motion for rehearing. Rehearing denied.
H. BROWN, J., dissents.